# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andres Gonzalez-Hernandez,<br><br>　　　　　　Petitioner,<br><br>v.<br><br>United States of America,<br><br>　　　　　　Respondent. | No. CV-21-01687-PHX-SMB<br><br>**ORDER** |

On September 27, 2021,1 Defendant/Movant Andres Gonzalez-Hernandez filed a pro per Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Doc. 1).  United States Magistrate Judge Deborah Fine has issued a report and recommendation ("R&R") recommending that the motion be dismissed as untimely. (Doc. 5).   The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R.  (R&R at 7) (citing Rule 72, Federal Rules of Civil Procedure) No objection has been filed, which relieves the Court of its obligation to review the R&R. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3);Thomas v. Arn, 474 U.S. 140, 149 (1985); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003). Nevertheless, the Court has reviewed the pleadings and agrees with the analysis of Magistrate Judge Fine.  The Court will accept and adopt the R&R.

///

///

1 **IT IS ORDERED** Plaintiff's Motion (Doc. 1) is **DISMISSED** and the Clerk of Court is directed to terminate this case.

Dated this 2nd day of March, 2022.

Honorable Susan M. Brnovich
United States District Judge